IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LESLIE JAMES JONES,** | CASE NO. CIV-S-04-1933 DFL GGH P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **LIEUTENANT E. SANDY, et al.,** | |
| Defendants. | |

Good cause appearing, defendants are granted a 30-day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before August 16, 2005.[1]

IT IS SO ORDERED.

Dated: 7/19/05

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

jone1933.eot07

---

1. The court has corrected the date from "August 5, 2005" to match the actual date requested by defendants in their application.

1