1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  VAN KAMBERIAN, State Bar No. 176665
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-3892
8    Fax: (916) 324-5205

9  Attorneys for Defendants Johns, Cervantes, Dickinson,
   Rodriguez, Sandy, Hughes, Justin, Mabon, Brown and
10 Hickman
   SA2005300248

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISON

15 **LESLIE JAMES JONES,**           CASE NO. CIV-S-04-1933 DFL GGH P

16              Plaintiff,            **ORDER GRANTING DEFENDANTS'
                                      MOTION FOR A PROTECTIVE
17      v.                            ORDER**

18 **LIEUTENANT E. SANDY, et al.,**

19              Defendants.

21      Good cause appearing, Defendants are relieved of their obligation to respond to

22 Plaintiff's Requests for Production of Documents, Requests for Interrogatories and Requests for

23 Admissions pending the Court's ruling on Defendants' motion to dismiss and issuance of a

24 discovery order.

25 **IT IS SO ORDERED.**

26 Dated:   9/13/05          /s/ Gregory G. Hollows
                             _____
27                           UNITED STATES MAGISTRATE JUDGE

28 jones1933.po.wpd

[Proposed] Order Granting Defendants' Motion for a Protective Order
                                    1