IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

    Plaintiff,                    No. CIV S-04-1933 DFL GGH P

    vs.

LIEUTENANT E. SANDY, et al.,

    Defendants.           ORDER
_____/

    On September 28, 2005, plaintiff filed a "declaration of plaintiff Leslie James Jones." That document was not served on defendants. Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to defendants or their attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

    Accordingly, IT IS HEREBY ORDERED that plaintiff file proof of having served his September 28, 2005 "declaration of plaintiff Leslie James Jones" upon defendants within 15

1

1 days.  Plaintiff is cautioned that failure to properly serve any documents subsequently filed in this
2 action, and failure to include a proper certificate of service with such filing, may result in a
3 recommendation that this action be dismissed.
4 DATED: 10/28/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/kf
jone1933.35