1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10              SACRAMENTO DIVISION

11

12   **LESLIE JAMES JONES,**                        CIV-S-04-1933 DFL GGH P

13                              Plaintiff,      **ORDER**

14          **v.**

15   **LIEUTENANT E. SANDY, et al.,**

16                              Defendants.

17

18          On July 14, 2006, Defendants Hughes and Sandy sought an extension of time of thirty-

19   days, up to and including August 15, 2006, in which to respond to Plaintiff's various discovery

20   requests.

21          Good cause appearing, Defendants' request is granted.

22   Dated: 7/25/06

                                        /s/ Gregory G. Hollows
23                                      _____
                                        UNITED STATES MAGISTRATE JUDGE
24

25   jone1933.po

26

27

28

[Proposed] Order

1