IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LESLIE JAMES JONES,** | 2:04-cv-1933 DFL GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **LIEUTENANT E. SANDY, et al.,** | |
| Defendants. | |

GOOD CAUSE APPEARING, Defendants are granted an extension of time to file a motion for summary. Defendants' motion for summary judgment shall be due on or before January 31, 2007.

IT IS SO ORDERED.

Dated:1/3/07                    /s/ Gregory G. Hollows
                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

jone1933.po2

*[Proposed] Order*

1