1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LESLIE JAMES JONES,

11          Plaintiff,                    No. CIV S- 04-1933 DFL GGH P

12       vs.

13   LT. E. SANDY, et al.,

14          Defendants.              ORDER

                                 /

15

16          Defendants ask that the court vacate the pretrial conference and jury trial dates set

17   forth in the court's scheduling order, pending adjudication of their motion for summary judgment

18   in this prisoner civil rights action.

19          Accordingly, IT IS ORDERED that:

20          1.  Defendants' February 22, 2007 request is granted;

21          2.  The March 23, 2007, pretrial conference and June 11, 2007, jury trial dates set

22   in the September 13, 2006 scheduling order, are hereby vacated.  The parties are also relieved of

23   their obligation to file any pretrial statement at this time; and

24   \\\\\

25   \\\\\

26   \\\\\

                                      1

1    3.  The time for the filing of pretrial statements, for a pretrial conference and for a

2  jury trial will be re-set, if appropriate, upon adjudication of the pending motion for summary

3  judgment.

4  DATED: 3/2/07                                      /s/ Gregory G. Hollows

5                                                     GREGORY G. HOLLOWS
                                                      UNITED STATES MAGISTRATE JUDGE
6

7  GGH:009
   jone1933.vac
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2