IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

      Plaintiff,                               No. CIV S-04-1933 ALA P

vs.

LIEUTENANT E. SANDY, et al.,

      Defendants.                            <u>ORDER</u>

_____/

      On December 18, 2007, Defendant Sandy filed a Motion to Amend the Judgment moving for reconsideration of the Court's denial of her motion for summary judgment against Plaintiff's claims that she was deliberately indifferent in allegedly ordering the confiscation of Plaintiff's medications. Plaintiff is ordered to respond to Defendant Sandy's Motion to Amend the Judgment within twenty-one (21) days of this order. Specifically, Plaintiff is directed to address whether he has evidence, if any, that Defendant Sandy was aware of Plaintiff's medical condition and need for the medication which was allegedly confiscated.

      **IT IS SO ORDERED.**

/////

DATED: December 20, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

1