IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

    Plaintiff,               No. CIV S-04-1933 ALA P

    vs.

LIEUTENANT E. SANDY, et al.,

    Defendants.         ORDER
_____/

On December 21, 2007, Plaintiff filed a Motion for Reconsideration. Defendants are ordered to respond to Plaintiff's Motion for Reconsideration within twenty-one (21) days of this order.

**IT IS SO ORDERED.**

///

DATED: December 28, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation