IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

     Plaintiff,                      No. CIV S-04-1933 ALA P

vs.

LIEUTENANT E. SANDY, et al.,

     Defendants.              <u>ORDER</u>

_____/

       Plaintiff Leslie Jones is a state prison inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2008, defendants filed a motion seeking to be relieved of their obligation to file a pretrial statement and seeking an order that the trial date be vacated pending resolution of outstanding motions for reconsideration. That request will be granted.

/////

       Accordingly, IT IS HEREBY ORDERED that the current scheduling order and trial date are vacated.

/////

DATED: January 31, 2008                         /s/ Arthur L. Alarcón
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation