IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

     Plaintiff,                    Case No. 2:04-cv-01933 ALA (P)

     vs.

LIEUTENANT E. SANDY, et al.,

     Defendants.               <u>ORDER</u>
_____/

     On April 4, 2008, Defendants filed a motion (doc. 106) requesting a continuance of the October 28, 2008 trial date.  Defendants requested this Court provide a trial date after November 28, 2008.  Pursuant to Federal Rule of Civil Procedure 16 (b)(4), this Court is permitted to modify a Scheduling Order when a party demonstrates a good cause for its request.  Good cause appearing, this Court GRANTS Defendants' request for a continuance of the scheduled trial date.

     Accordingly, **IT IS HEREBY ORDERED** that:

     1. This matter is set for a jury trial on December 9, 2008.

     2. No further modifications to the Scheduling Order (doc. 104) shall be permitted.

DATED: April 10, 2008                /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT  JUDGE
                                              Sitting by Designation