1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  LESLIE JAMES JONES,

12          Plaintiff,                Case No. 2:04-cv-01933 (ALA) (P)

13      vs.

14  E. SANDY, et al.,

15          Defendants.          **ORDER**

16  _____/

17      On April 3, 2008, Defendant, E. Sandy,  filed an Opposition (doc. 105) to Plaintiff's

18  motion that requested permission to add defendants. (doc. 102).  To date, Plaintiff has not replied

19  to Defendant's Opposition.

20      Accordingly, IT IS HEREBY ORDERED that Plaintiff file a Reply to Defendant's

21  Opposition on or before May 14, 2008, for this Court's consideration.

    DATED: April 24, 2008

22
                                        /s/ Arthur L. Alarcón
23                                      UNITED STATES CIRCUIT  JUDGE

24                                      Sitting by Designation

25

26

                                        1