IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

     Plaintiff,                  Case No. 2:04-cv-01933 ALA (P)

     vs.

LIEUTENANT E. SANDY, et al.,

     Defendants.              ORDER

_____/

     Plaintiff has requested the appointment of counsel (Doc. 122). Plaintiff's motion is a verbatim copy of an earlier motion (Doc. 100) that this Court previously denied (Doc. 103). For the reasons stated in this Court's March 18, 2008 order, Plaintiff's request for the appointment of counsel will therefore be denied.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's August 29, 2008 motion for the appointment of counsel (Doc. 122) is DENIED.

/////

DATED: September 4, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation