IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

    Plaintiff,                    Case No. 2:04-cv-01933 ALA (P)

  vs.

LIEUTENANT E. SANDY, et al.,

    Defendants.                <u>ORDER</u>

_____/

    Plaintiff Leslie Jones ("Jones") is proceeding *pro se* and *in forma pauperis* in the civil rights action pursuant to 42 U.S.C. § 1983.  Before this Court is Defendant Lieutenant Sandy's ("Sandy") second request to continue the trial date from December 9, 2008 to "some date after the new year." (Doc. 126 (Gatling Decl. ¶ 5).)  Sandy's request is made on two grounds: (1) Sandy's expert witness, Dr. A. Traquina, chief medical officer at California State Prison - Solano, is unavailable to testify during the week of December 9, 2008 because he will be taking his California medical board exams (Gatling Decl. ¶ 3); and (2) Sandy's counsel, April Gatling, is scheduled to retry another Eastern District case on December 9, 2008 (id. ¶ 4).  Because neither of these reasons merit continuing the trial date, the Court denies Sandy's request.

    First, Dr. Traquina's unavailability does not warrant a trial continuance.  While both Jones and Sandy anticipate calling Dr. Traquina as an expert witness (*see* Docs. 110, 119), Sandy's own pretrial statement indicates that she anticipates calling Dr. Traquina "or his

1

1 | designee." (Doc. 119 (at 7).)  Because another expert witness can testify in Dr. Traquina's place,
2 | this argument is unpersuasive.
3 |     Second, Ms. Gatling's unavailability does not warrant a continuance.  There are several
4 | attorneys assigned to this case.  These attorneys can either defend the case themselves or
5 | substitute other attorneys to handle the matter.
6 |     The Court is not persuaded to continue the trial date for a second time, particularly given
7 | that this case has been pending for over four years.  For the above reasons, Defendant's request
8 | for a trial continuance is denied.
9 | /////
10 | DATED: September 30, 2008
11 | _____  /s/ Arthur L. Alarcón
12 | UNITED STATES CIRCUIT JUDGE  Sitting by Designation