UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

        Plaintiff,                 Case No. 2:04-cv-01933 ALA (P)

vs.

LIEUTENANT E. SANDY, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**

                                 /        **AD TESTIFICANDUM**

        Leslie James Jones, inmate # K-27781, the plaintiff in proceedings in this case on December 9, 2008, is confined in California State Prison, Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, United States Courthouse, 501 I Street, Sacramento, California on December 9, 2008, at 9:00 a.m. before Judge Arthur L. Alarcón.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden D.K. Sisto of California State Prison, Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California 95696:**

        **WE COMMAND** you to produce the inmate named above before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 2, 2008

                                                        /s/ Arthur Alarcón
                                                        UNITED STATES CIRCUIT JUDGE
                                                       Sitting by Designation