IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

      Plaintiff,                    Case No. 2:04-cv-01933 ALA (P)

  vs.

LIEUTENANT E. SANDY, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff Leslie Jones ("Petitioner") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Defendant's request to supplement her exhibit list. (Doc. 146.) For the reasons set forth below, the request will be granted.

      On October 3, 2008, the Court issued its pretrial order. (Doc. 130.) In the pretrial order, the Court stated that an exhibit not already listed by a party could not be introduced at trial unless: (1) the exhibit could not reasonably have been discovered earlier; (2) the Court and the opposing party were promptly informed of the exhibit's existence; and (3) the proffering party forwarded a copy of the exhibit to the opposing party. (Doc. 130 at 8-9.)

/////

1 | Defendant now requests the Court allow her to supplement her exhibit list by adding an
2 | August 22, 2003 search plan memorandum. (*See* Doc. 146 , Ex. A.) Having satisfied the three
3 | requirements outlined above (*see* Doc. 146 at 2), Defendant's request is GRANTED.
4 | /////
5 | DATED: November 17, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation