IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

      Plaintiff,                     Case No. 2:04-cv-01933 ALA (P)

   vs.

LIEUTENANT E. SANDY, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff Leslie Jones ("Petitioner") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 28, 2008, Petitioner filed a motion: (1) claiming, in part, that he had no way to access those inmate witnesses scheduled to testify at trial; and (2) requesting that the Court order the California Department of Corrections and Rehabilitation ("CDCR") to permit Petitioner in-person access to those inmate witnesses prior to trial. (Doc. 135.)   On November 10, 2008, Defendant filed a response addressing Petitioner's claims  (Doc. 143) and on November 13, 2008, the Court issued an order denying Petitioner's motion.  (Doc. 144.)

      Before the Court is Petitioner's "Response to Defendant's Response to Court Order[]" (and Petitioner's supporting declarations) where Petitioner disputes various statements found in Defendant's November 10, 2008 response.  (Docs. 158-60.)  For the reasons already stated in the

1 Court's November 13, 2008 order, Petitioner's request for in-person access to inmate witnesses
2 is denied. To the extent Petitioner's "response" could be construed as a motion for
3 reconsideration, that motion is also denied as it fails to satisfy the requirements for motions for
4 reconsideration. *See* L.R. 78-230(k).
5 /////
6 DATED: November 26, 2008

                                                    /s/ Arthur L. Alarcón
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation