IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

    Plaintiff,                        Case No. 2:04-cv-01933 ALA (P)

    vs.

LIEUTENANT E. SANDY, et al.,

    Defendants.                     <u>ORDER</u>

_____/

      Plaintiff Leslie Jones ("Petitioner") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Petitioner's request to supplement his exhibit list. (Doc. 139.) For the reasons set forth below, the request will be denied.

      On October 3, 2008, the Court issued its pretrial order. (Doc. 130.) In the pretrial order, the Court stated that an exhibit not already listed by a party could not be introduced at trial unless: (1) the exhibit could not reasonably have been discovered earlier; (2) the Court and the opposing party were promptly informed of the exhibit's existence; and (3) the proffering party forwarded a copy of the exhibit to the opposing party. (Doc. 130 at 8-9.)

      Petitioner now requests the Court allow him to supplement his exhibit list by adding: "(3) documents and (2) pill bags." (*See* Doc. 130 at 2.) Petitioner fails to, as an initial matter,

1

1  sufficiently identify the exhibits he seeks to add to his exhibit list.  Moreover, Petitioner fails to
2  demonstrate that the exhibits could not have been discovered earlier and Petitioner failed to
3  promptly inform the Court of the existence of these exhibits notwithstanding the purported delay
4  in receiving them.  Having failed to satisfy the requirements outlined above, Petitioner's request
5  is denied.
6  /////
7  DATED: November 26, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT  JUDGE
                                        Sitting by Designation