IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

      Plaintiff,                      Case No. 2:04-cv-01933 ALA (P)

      vs.

LIEUTENANT E. SANDY, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff Leslie Jones ("Petitioner") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Defendant's motion in limine (Doc. 155), where Defendant challenges the admissibility of several items listed in Petitioner's exhibit list.

      It is hereby ORDERED that:

      1. Petitioner shall file a response to Defendant's motion in limine addressing the relevance and admissibility of ***each*** item challenged by Defendant. Petitioner's response is due by Friday, December 5, 2008.

      2. Petitioner shall provide Defendant with copies of all exhibits in his exhibit list by Wednesday, December 3, 2008.

/////

The Court will conduct a hearing on Defendant's motion in limine on December 9, 2008 at 9 a.m.

/////

DATED: November 26, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation