IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

    Plaintiff,               Case No. 2:04-cv-01933 ALA (P)

    vs.

LIEUTENANT E. SANDY, et al.,

    Defendants.           <u>ORDER</u>

_____/

    Plaintiff Leslie Jones ("Petitioner") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 26, 2008, the Court denied Petitioner's renewed request for the attendance of Tyrone C. Wright at trial. (Doc. 161.) Before the Court is Petitioner's "Response to Defendants [sic] Response to Court Order[]" (Doc. 166), where Petitioner makes several unsubstantiated allegations against Defendant regarding Tyrone C. Wright. (*See id.*)

    For the reasons already stated in the Court's November 26, 2008 order (Doc. 161), Petitioner's request for the attendance of Tyrone C. Wright at trial is denied. To the extent

/////

/////

/////

1

1  Petitioner's "response" could be construed as a motion for reconsideration, that motion is also
2  denied as it fails to satisfy the requirements for motions for reconsideration.  *See* L.R. 78-230(k).
3  /////
4  DATED: December 4, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation