1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LESLIE JONES,

11              Plaintiff,                 Case No. 2:04-cv-01933 ALA (P)

12        vs.

13   LIEUTENANT E. SANDY, et al.,

14              Defendants.               ORDER

15   _____/

16        Plaintiff Leslie Jones ("Petitioner") is proceeding *pro se* and *in forma pauperis* in this

17   civil rights action pursuant to 42 U.S.C. § 1983.  Petitioner has requested, on multiple occasions,

18   that the Court permit the attendance of incarcerated witness, Tyrone C. Wright, at trial.  The

19   Court has previously denied these requests.  The Court has, however, reconsidered and

20   HEREBY grants the request.  The Court issues concurrently herewith a writ ad testificandum for

21   Wright's attendance at trial.

22   /////

23   DATED: December 5, 2008

24   _____        /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT  JUDGE
25                                           Sitting by Designation

26

                                  1