# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LESLIE JONES,

        Plaintiff,                  Case No. 2:04-cv-01933 ALA (P)

    vs.

LIEUTENANT E. SANDY, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**

—————————————————————/      **AD TESTIFICANDUM**

      Tyrone C. Wright, CDCR # B-70098 and Xref number 101991, a necessary and material witness in proceedings in this case on December 9, 2008, is confined in Rio Cosumnes Correctional Center (RCCC), 12500 Bruceville Road, Elk Grove, CA 95757, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, United States Courthouse, 501 I Street, Sacramento, California on December 9, 2008, at 9:00 a.m. before Judge Arthur L. Alarcón.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      2.  The Court Clerk will fax this Writ to the **Booking Department** at Rio Cosumnes Correctional Center (RCCC), 12500 Bruceville Road, Elk Grove, CA 95757, **(916) 874-1914** (fax).

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

      **TO: WARDEN**, Rio Cosumnes Correctional Center (RCCC), 12500 Bruceville Road, Elk Grove, CA 95757,

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: December 5, 2008

                    /s/ Arthur Alarcón
—————————————————————————————
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation