IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE JONES, | |
| Plaintiff, | Case No. 2:04-cv-01933 ALA (P) |
| vs. | |
| LIEUTENANT E. SANDY, et al., | |
| Defendants. | ORDER |

The Court has received a request from Leslie James Jones ("Jones") asking "that the court please send [him] a copy of the court proceeding transcripts" on the ground that Lieutenant Sandy has falsely accused Jones of threatening her in court and Jones seeks to clear his name. (Doc. No. 179.)

The request is denied. Final judgment in this case was entered in Lieutenant Sandy's favor on December 15, 2008 and this Court no longer has jurisdiction over the matter. (*See* Doc. No. 178; *see also* 28 U.S.C. § 1291.)

/////

DATED: December 30, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation

1